BRIAN JOHNSRUD, State Bar No. 184474
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
E-mail: bjohnsrud@morganlewis.com

Attorneys for Defendant
GMAC HOME SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANITA HEAD,<br><br>                Plaintiff,<br><br>vs.<br><br>GMAC HOME SERVICES, INC.,<br><br>                Defendant. | Case No. C06 3874 JSW<br><br>***AMENDED* STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

1   Plaintiff Anita Head ("Plaintiff") and Defendant GMAC Home Services, Inc.
2   ("Defendant"), by and through their respective counsel of record, file this Stipulation and
3   Proposed Order to Continue the Date of the Initial Case Management Conference:
4   WHEREAS, the Initial Case Management Conference was originally scheduled for
5   October 12, 2006;
6   WHEREAS, on August 8, 2006, the Clerk of the Court issued a Clerk's Notice
7   rescheduling the Initial Case Management Conference to October 27, 2006, due to Judge White's
8   unavailability;
9   WHEREAS, Defendant's lead counsel is scheduled to attend a pre-paid annual partnership
10  meeting in Orlando, Florida, from October 25 through October 28, 2006;
11  WHEREAS, the parties have met and conferred and agreed to continue the Initial Case
12  Management Conference to a later date due to the aforementioned scheduling conflict;
13  WHEREAS, the next available hearing date for the Initial Case Management Conference
14  for the court and counsel is December 15, 2006, at 1:30 pm;
15  WHEREAS, neither party will be prejudiced as a result of continuing the Initial Case
16  Management Conference to December 15, 2006;
17  WHEREAS; the parties' agreement to continue the hearing date for the Initial Case
18  Management Conference does not alter any other date of any event or any deadline already fixed
19  by Court order, except for the dates that correspond with the Initial Case Management Conference
20  (including meeting and conferring on ADR, serving initial disclosures, and preparing and filing
21  the Joint Case Management Conference Statement);
22  GOOD CAUSE exists to continue the Initial Case Management Conference until
23  December 15, 2006, at 1:30 pm;
24  IT IS HEREBY STIPULATED between Plaintiff and Defendant that the Initial Case
25  Management Conference be continued to December 15, 2006, at 1:30 pm.
26  / / /
27  / / /
28  / / /

1-PA/3609328.1                                              CASE NO. C06 3874 JSW
***AMENDED*** STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

| | | |
|---|---|---|
| 1 | Dated: October 5th, 2006 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | | |
| 3 | | By _____ |
| 4 | | Brian Johnsrud<br>Attorneys for Defendant<br>GMAC HOME SERVICES, INC. |
| 5 | | |
| 6 | Dated: October 5th ____, 2006 | JORDAN LAW GROUP |
| 7 | | |
| 8 | | By _____/S/_____ |
| 9 | | Daniel A. Croley<br>Attorneys for Plaintiff<br>Anita Head |

## ORDER

IT IS ORDERED that the Case Management Conference in this matter be continued from October 27, 2006 to December 15, 2006, at 1:30 pm, and that all case management dates that correspond with the date of the Initial Case Management Conference are similarly continued.

October 10, 2006

_____
Honorable Jeffrey S. White

---

1-PA/3609328.1

CASE NO. C06 3874 JSW
*AMENDED* STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO