BRIAN L. JOHNSRUD, State Bar No. 184474
JENNIFER A. LOCKHART, State Bar No. 236972
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
E-mail: bjohnsrud@morganlewis.com

Attorneys for Defendant
GMAC HOME SERVICES, INC.


JORDAN LAW GROUP
DANIEL A. CROLEY, State Bar No. 154386
1010 "B" Street, Suite 320
San Rafael, CA 94901
Tel. 415.459.9865
Fax. 415.459.9871
E-mail: dac@pjordanlaw.com

Attorneys for Plaintiff
ANITA HEAD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANITA HEAD,<br><br>    Plaintiff,<br><br>vs.<br><br>GMAC HOME SERVICES, INC.,<br><br>    Defendant. | Case No. C06 3874 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

1-PA/3638337.1

CASE NO. C06 3874 JSW

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

1  Plaintiff Anita Head ("Plaintiff") and Defendant GMAC Home Services, Inc.
2  ("Defendant"), by and through their respective counsel of record, file this Stipulation and
3  Proposed Order to continue the date of the Case Management Conference in this matter:
4  WHEREAS, the Case Management Conference is currently scheduled for April 20, 2007;
5  WHEREAS, at an all-day mediation on April 11, 2007, the parties appear to have reached
6  a settlement, and they continue to work together to finalize a settlement agreement;
7  WHEREAS, the parties have met and conferred and agreed to continue the Case
8  Management Conference until May 11, 2007 at 1:30 p.m.;
9  WHEREAS, the parties have confirmed the availability of the Court to conduct the Case
10 Management Conference on May 11, 2007 at 1:30 p.m.;
11 WHEREAS, neither party will be prejudiced as a result of continuing the Case
12 Management Conference to May 11, 2007 at 1:30 p.m.;
13 WHEREAS, pursuant to Local Rule 16-10(d), the parties agree to submit a Joint Case
14 Management Conference Statement on or before May 1, 2007, unless the case is dismissed
15 pursuant to a settlement agreement executed by the parties;
16 WHEREAS; the parties' agreement to continue the hearing date for the Case Management
17 Conference does not alter any other date of any event or any deadline already fixed by Court
18 Order;
19 GOOD CAUSE exists to continue the Case Management Conference until May 11, 2007
20 at 1:30 pm;
21 IT IS HEREBY STIPULATED between Plaintiff and Defendant that the Case
22 Management Conference be continued to May 11, 2007, at 1:30 pm.
23 / / /
24 / / /
25 / / /
26
27
28

| | | |
|---|---|---|
| 1 | Dated: April 12, 2007 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | | |
| 3 | | By /s/ |
| 4 | | Brian Johnsrud<br>Attorneys for Defendant |
| 5 | | GMAC HOME SERVICES, INC. |
| 6 | Dated: April 12, 2007 | JORDAN LAW GROUP |
| 7 | | |
| 8 | | By /s/ |
| 9 | | Daniel A. Croley<br>Attorneys for Plaintiff |
| 10 | | Anita Head |

### ORDER

IT IS ORDERED that the Case Management Conference in this matter be continued from April 20, 2007 to May 11, 2007, at 1:30 pm, and that all case management dates that correspond with the date of the Case Management Conference are similarly continued.

Dated: April 13, 2007

_____
Honorable Jeffrey S. White

1-PA/3638337.1

CASE NO. C06 3874 JSW

STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE