DANIEL A. CROLEY (Bar No. 154386)
JORDAN LAW GROUP
1010 "B" Street, Suite 320
San Rafael, CA 94901
Telephone: (415) 459-9865
E-mail: dac@pjordanlaw.com

Attorneys for Plaintiff
ANITA HEAD

BRIAN JOHNSRUD, State Bar No. 184474
JENNIFER A. LOCKHART, State Bar No. 236972
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
E-mail: bjohnsrud@morganlewis.com

Attorneys for Defendant
GMAC HOME SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA HEAD,<br><br>    Plaintiff,<br><br>vs.<br><br>GMAC HOME SERVICES, INC.<br><br>    Defendant. | **CASE NO. C 06 3874 JSW**<br><br>STIPULATION FOR DISMISSAL AND [~~PROPOSED~~] ORDER OF DISMISSAL |

    Plaintiff Anita Head ("Plaintiff") and Defendant GMAC Home Services, Inc. ("Defendant"), by and through their respective counsel of record, hereby stipulate that the above-captioned action be and hereby is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41(a)(1), with each side bearing its or her own costs and fees.

PRINTED ON
RECYCLED PAPER

1

2  Dated:        May _____, 2007                    MORGAN, LEWIS & BOCKIUS LLP

3

4                                                   _____
                                                           /s/
5                                                   Brian Johnsrud
                                                    Attorneys for Defendant
6                                                   GMAC HOME SERVICES, INC.

7  Dated:        May _____, 2007                    JORDAN LAW GROUP

8

9                                                   _____
                                                           /s/
10                                                  Daniel A. Croley
                                                    Attorneys for Plaintiff
11                                                  Anita Head

12                              **<u>ORDER</u>**

13  IT IS SO ORDERED.

14

15

16  Dated: May 7, 2007

17                                     _____
                                       Honorable Jeffrey S. White

18

19

20

21

22

23

24

25

26

27

28

PRINTED ON
RECYCLED PAPER

Stipulation for Dismissal and [Proposed] Order of Dismissal